# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-1772-R**                                    **DATE: DEC. 2, 2011**

**TITLE: VOLUMECOCOMO APPAREL INC -V- ROSS STORES INC et al**
==================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>     N/A     </u> |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                              Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON DECEMBER 19, 2011

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

 FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


**MINUTES FORM II**                                                            Initials of Deputy Clerk __WH__
**CIVIL - GEN**                                    D-M